## 53470. McEVER v. THE STATE.

QUILLIAN, Presiding Judge.

The instant appeal which was filed by defendant's counsel on November 15, 1976, was taken from a judgment entered on October 8, 1976. No extension was applied for or granted. It was therefore not timely. Code Ann. § 6-803 (Ga. L. 1965, pp. 18, 21; 1966, pp. 493, 496; 1968, pp. 1072, 1077).

There is no constitutional contention here made of incompetent counsel and since the appellant failed to comply with jurisdictional requirements, it is proper to dismiss the appeal. *Pittman v. State,* 229 Ga. 656, 657 (193 SE2d 820); *Brown v. State,* 236 Ga. 333, 334 (223 SE2d 642).

*Appeal dismissed. Stolz and Shulman, JJ., concur.*

SUBMITTED FEBRUARY 4, 1977 — DECIDED FEBRUARY 25, 1977.

*Ben Lancaster,* for appellant. *Charles Crawford, District Attorney,* for appellee.